[No. 66052-7-I.  Division One.  September 12, 2011.]

THE CITY OF BOTHELL, *Appellant*, v. 1982 MERCEDES BENZ 240, *Defendant*, ROBERT WALLACE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-23856-5, Bruce E. Heller, J., entered September 20, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, C.J., and Grosse, J.

[No. 66068-3-I.  Division One.  September 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER DANIEL ANSELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-04249-5, Michael J. Fox, J., entered September 8, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Appelwick, JJ.

[No. 66166-3-I.  Division One.  September 12, 2011.]

*In the Matter of the Dependency of* V.B.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. CLIFFORD BARNES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-7-01723-1, Patricia H. Clark, J., entered July 28, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, A.C.J., and Cox, J.

[No. 66667-3-I.  Division One.  September 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. PABLO ANTONIO CARBO CISNEROS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-04586-4, Waldo F. Stone, J. Pro Tem., entered July 31, 2009. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Ellington and Spearman, JJ.